AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

FILED BY_____D.C.

FEB 01 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

| United States of America | ) |
|---|---|
| v. | ) |
| Allen John Collier, | ) Case No. 24-MJ-6047-AOV |
| | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  9/25/23; 9/26/23; 9/29/23; 10/3/23; 10/4/23  in the county of  Broward  in the
Southern District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | False Statements During a Firearms Puchase |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Tiara Taylor*
Digitally signed by Tiara Taylor
Date: 2024.02.01 10:54:12 -05'00'

Complainant's signature

Tiara Taylor, Special Agent, ATF
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  *Facetime*

Date: 2/1/2024

*Alicia O. Valle*
Judge's signature

City and state:  Fort Lauderdale, Florida  Honorable Alicia O. Valle, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Tiara M. Taylor, being duly sworn, depose and state that:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with the United States Department of Justice's Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), where I have been employed since March 2023. I am currently assigned to the Miami Field Office of the ATF. As a Special Agent, I investigate crimes involving straw purchases of firearms. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2150(7); that is, I am an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Title 18 of the United States Code.

2. I submit this affidavit for the limited purpose of establishing probable cause that Allen John COLLIER committed violations of Title 18, United States Code, Section 922(a)(6) (false statement during a firearms purchase) on or about January 31, 2024.

3. I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation, discussions with other law enforcement officials, and from my review of records, witness statements, and reports relating to the investigation. This Affidavit is intended to show merely there is sufficient probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter.

4. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of an arrest warrant, it does not contain every material fact currently known by me related to this investigation; however, no information known to me that would tend to negate probable cause has been withheld from this affidavit.

1

## PROBABLE CAUSE

### A. *Seizure of Firearm Shipments*

5.  On or about October 4, 2023, the Jamaican Customs Agency, Customs Enforcement Team ("CET") conducted a routine X-ray inspection of shipments arriving at Sky FR8 Limited warehouse located at the Norman Manley International Airport in Port Royal, Jamaica. During the X-ray inspection, CET observed a Blue Stream 12-inch Active Loudspeaker that contained concealed firearms. CET then seized the shipment and contacted the Jamaican Constabulary Force ("JCF"). Before JCF arrived on-scene, CET opened the speaker box of the Blue Stream 12-inch Active Loudspeaker to confirm that it contained concealed firearms as was observed in the X-ray inspection. CET found and confirmed that the concealed firearms were contained inside the speaker box. Once JCF arrived on-scene, detectives from the JCF searched the speaker box and located a total of six (6) pistols and two (2) rifles that had been concealed inside of the speaker box. Each of the firearms had been wrapped in cellophane and aluminum foil and spray foam had been used to fill the remainder of the interior of the speaker box.

6.  Law enforcement investigation revealed that the speaker box seized on October 4, 2023, originally had been shipped by an individual under the name "Cladia Brown" from a UPS Store located at 18495 South Dixie Highway, Miami, Florida 33157. The shipping label identified the recipient of the shipment as "Joseph Henry" and listed his shipping address as RCJA 36032, 2201 Southwest 59th Terrace in Jamaica.

7.  On October 7, 2023, U.S. Customs and Border Protection (CBP) seized a Blue Stream Active LoudSpeaker speaker box containing five (5) firearms shipped by "Bob Smith" from a UPS Store located at 18495 South Dixie Hwy, Miami, FL 33157. The shipping label

identified the recipient of the shipment as "Annmarie Nweke" and listed her shipping address as RCJA 28823, 2201 Southwest 59th Terrace in Jamaica.

### B. <u>COLLIER Identified as Purchaser of Seized Firearms</u>

8. ATF submitted all of the seized firearms to the National Integrated Ballistic Information Network ("NIBIN") to conduct traces on them. As a result of these traces, ATF was able to identify COLLIER as the straw purchaser of seven (7) of the firearms seized by law enforcement on October 4, 2023, and October 7, 2023. Further investigation revealed that COLLIER purchased the seven (7) firearms between September 25, 2023, and October 4, 2023, from four separate federal firearms license dealers ("FFLs") located in Broward County, Florida. As a result of these findings, a National Instant Criminal Background Check System (NICS) flag was placed on COLLIER to alert ATF of any further transactions made by him.

9. On November 17, 2023, COLLIER purchased a firearm from Kings Pawn located at 207 NW 7th Ave, Fort Lauderdale, Florida 33311. On November 28, 2023, Special Agent Keese was notified of the purchase due to the NICS flag placed on COLLIER. On November 29, 2023, agents went to King's Pawn to collect additional documents and information regarding COLLIER's transactions as well as any surveillance footage. While reviewing the surveillance video for COLLIER's purchase of firearms on October 3, 2023, Special Agent Keese observed in the footage an individual suspected of being COLLIER parking a blue Kia in the store's parking lot.

10. On December 20, 2023, while conducting surveillance at Regal Trace apartments located at 540 NW 4th Ave, Fort Lauderdale, FL 33311, Special Agent Keese observed a blue Kia (bearing Florida license plate number BV0 6RT) that appeared to be similar to the blue Kia observed in the surveillance video from October 3, 2023. The blue Kia observed was registered

to W.G.[1], at 540 NW 4th Ave. Apt. 213, Fort Lauderdale, FL 33311. Shortly thereafter, Special Agent Keese observed a black male, who was later identified as COLLIER, walking to the blue Kia. COLLIER was apprehended by law enforcement.

### C. *COLLIER Admits to Being a Straw Purchaser*

11. During a post-*Miranda* recorded interview with ATF agents, COLLIER admitted to his role as a straw purchaser and admitted to purchasing firearms for other individuals, including ("Individual 1"). COLLIER told law enforcement that Indiviudual 1 would call or text COLLIER to ask him to purchase firearms for him. COLLIER would pick Indiviudal 1 up drive Individual 1 to an FFL. Individiaul 1 would then hand COLLIER cash while they were in the COLLIER's vehicle. COLLIER would go inside the FFL alone to make the firearms purchase while Individual 1 waited in the vehicle. After COLLIER purchased the firearms, he would return to the vehicle with the firearms and hand the firearms to Individual 1. COLLIER would get paid $100 in U.S. currency for each firearm he purchased on behalf of Indiivudal 1.

14. On each of COLLIER's ATF Form 4473 from the FFLs for all of the above-mentioned firearm purchases made by COLLIER, COLLIER checked "yes" in the section advising that he was the actual transferee/buyer of the firearms thereby making a false and fictitious statement, which was intended to deceive the firearms dealer of a material fact, that is, that the firearms were not intended for COLLIER.

---

[1] Law enforcement later identified this individual as COLLIER's mother.

4

## CONCLUSION

Based on the foregoing information and probable cause, I respectfully request that probable cause exists to support that Allen John COLLIER committed violations of Title 18, United States Code, Section 922(a)(6) (false statement during a firearms purchase).

**Tiara Taylor**
Digitally signed by Tiara Taylor
Date: 2024.02.01 10:54:29 -05'00'

Tiara Taylor, Special Agent
Miami Field Office
Bureau of Alcohol, Tobacco, Firearms & Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime, on this 1st day of February 1, 2024, at Fort Lauderdale, Florida.

HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: ALLEN JOHN COLLIER

Personal Surety Bond with Special Conditions

(**Personal Surety**) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _/s/ Aisha Schafer Hylton_
AUSA:   Aisha Schafer Hylton

Last Known Address: 540 NW 4th Avenue, Apt. 213

Ft. Lauderdale, FL 33311

What Facility: _____

Agent(s): Tiara Taylor
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
Bureau of Alcohol, Tobacco & Firearms