UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60049-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ALLEN JOHN COLLIER**,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court on United States Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation on Change of Plea, entered on June 24, 2024 [ECF No. 31]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 31]** is **AFFIRMED AND ADOPTED**, and Defendant Allen John Collier's guilty plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 19th day of July, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
       USMJ Panayotta Augustin-Birch